SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
LISA S. YUN, Cal. Bar No. 280812
SIEUN J. LEE, Cal. Bar No. 311358
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:  858.509.3691
E mail  spetersen@sheppardmullin.com
            lyun@sheppardmullin.com
            slee@sheppardmullin.com

Attorneys for Defendant
SQUARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br>CLASS ACTION<br><br>**SECOND STIPULATION TO EXTEND TIME FOR SQUARE, INC. TO RESPOND TO COMPLAINT**<br><br>Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor |

1  Pursuant to Civil L.R. 6-1(a), Plaintiffs Mishari Alesia and Nicole Belluomini and
2  Defendant Square, Inc. ("Square") hereby stipulate to extend the time within which Square
3  must respond to Plaintiffs' Complaint from March 20, 2020 for April 3, 2020.  Good cause
4  exists to extend Square's deadline because the parties are discussing a potential resolution
5  of this case, they hope to avoid unnecessary motion practice, and their schedules and
6  ability to communicate with their clients have been impacted by the COVID-19 pandemic.
7  **IT IS SO STIPULATED**.

Dated: March 17, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Lisa S. Yun*
SHANNON Z. PETERSEN
LISA S. YUN
SIEUN J. LEE

Attorneys for Defendant
SQUARE, INC.

Dated: March 17, 2020

KAZEROUNI LAW GROUP, APC

By     */s/Yana Hart*
SEYED ABBAS KAZEROUNIAN
YANA HART

Attorneys for Plaintiffs Mishari Aleisa and Nicole Belluomini

Dated: 3/26/2020

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

Case No. 3:20-cv-00806
SECOND STIPULATION TO EXTEND TIME FOR SQUARE, INC. TO RESPOND TO COMPLAINT

SMRH:4832-8097-4519.1

## SIGNATURE AUTHORIZATION

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document is acceptable to each counsel signing this document and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

Dated: March 17, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/Lisa S. Yun*
         LISA S. YUN

Attorney for Defendant
SQUARE, INC.

*Mishari Aleisa v. Square, Inc.*
United States District Court, Northern District of California
Case No. 3:20-cv-00806-EMC

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On March 17, 2020, I served true copies of the following document(s) described as

**SECOND STIPULATION TO EXTEND TIME FOR SQUARE, INC. TO RESPOND TO COMPLAINT**

on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA  92626<br>Tel 800.400.6808; Fax 800.520.5523<br>ak@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Yana A. Hart, Esq.<br>KAZEROUNI LAW GROUP, APC<br>2221 Camino Del Rio, Suite 101<br>San Diego, CA  92108<br>Tel 619.233.7770; Fax 619.297.1022<br>vana@kazlg.com | Counsel for Plaintiffs & the Putative Class |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 17, 2020, at San Diego, California.

*/s/Phyllis Chavez*
Phyllis Chavez