SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
LISA S. YUN, Cal. Bar No. 280812
SIEUN J. LEE, Cal. Bar No. 311358
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email      spetersen@sheppardmullin.com
           lyun@sheppardmullin.com
           slee@sheppardmullin.com

Attorneys for Defendant
SQUARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br><u>CLASS ACTION</u><br><br>**THIRD STIPULATION TO EXTEND TIME FOR SQUARE, INC. TO RESPOND TO COMPLAINT**<br><br>Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor |

1  Pursuant to Civil L.R. 6-1(a), Plaintiffs Mishari Alesia and Nicole Belluomini and Defendant Square, Inc., stipulate to further extend the time by which Square must respond to Plaintiffs' Complaint from April 3, 2020 to April 17, 2020. The parties also stipulate to the briefing schedule proposed below.

Good cause exists for the further extension. The parties are negotiating a possible resolution of this dispute and Square needs more time to gather additional information requested by Plaintiffs. Square does not have some of the information requested but must gather it from a third party vendor. Investigating the facts and gathering the relevant information has been slowed by the impact of the COVID-19 pandemic and "stay-at-home" orders that impact the parties, their counsel, and third parties with relevant information.

If the parties are unable to reach an early resolution, Square intends to file two motions in response to the Complaint. Square has met and conferred with Plaintiffs about these motions—a motion to dismiss for lack of subject matter jurisdiction and a motion to stay the proceedings. Allowing more time to negotiate potential resolution of this action could avoid motion practice and conserve the resources of the parties and the Court. If, however, the parties are unable to resolve this dispute and Square proceeds with its contemplated motions, the parties have agreed to the following modified briefing schedule:

| Event | Deadline |
| --- | --- |
| Square's Deadline to Respond to Complaint | April 17, 2020 |
| Plaintiff's Opposition to Square's Motions | June 1, 2020 |
| Square's Reply Deadline | June 15, 2020 |
| Hearing | At least 14 days after the Reply |

The parties respectfully request that the Court approve the stipulated extension and briefing schedule.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED**. |
| 2 | Dated: March 27, 2020 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Lisa S. Yun*
SHANNON Z. PETERSEN
LISA S. YUN
SIEUN J. LEE

Attorneys for Defendant
SQUARE, INC.

Dated: March 27, 2020

KAZEROUNI LAW GROUP, APC

By  */s/Yana Hart*
SEYED ABBAS KAZEROUNIAN
YANA HART

Attorneys for Plaintiffs Mishari Aleisa and Nicole Belluomini

## **SIGNATURE AUTHORIZATION**

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document is acceptable to each counsel signing this document and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

Dated: March 27, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/Lisa S. Yun*
LISA S. YUN
Attorney for Defendant
SQUARE, INC.

1 | *Mishari Aleisa v. Square, Inc.*
United States District Court, Northern District of California
2 | Case No. 3:20-cv-00806-EMC

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On March 27, 2020, I served true copies of the following document(s) described as

**THIRD STIPULATION TO EXTEND TIME FOR SQUARE, INC. TO RESPOND TO COMPLAINT**

on the interested parties in this action as follows:

### SERVICE LIST

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Tel 800.400.6808; Fax 800.520.5523<br>ak@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Yana A. Hart, Esq.<br>KAZEROUNI LAW GROUP, APC<br>2221 Camino Del Rio, Suite 101<br>San Diego, CA 92108<br>Tel 619.233.7770; Fax 619.297.1022<br>vana@kazlg.com | Counsel for Plaintiffs & the Putative Class |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 27, 2020, at San Diego, California.

*/s/Phyllis Chavez*
Phyllis Chavez

Case No. 3:20-cv-00806-EMC