1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
   SHANNON Z. PETERSEN, Cal. Bar No. 211426
3  LISA S. YUN, Cal. Bar No. 280812
   SIEUN J. LEE, Cal. Bar No. 311358
4  12275 El Camino Real, Suite 200
   San Diego, California 92130-4092
5  Telephone:    858.720.8900
   Facsimile:    858.509.3691
6  E mail        spetersen@sheppardmullin.com
                 lyun@sheppardmullin.com
7                slee@sheppardmullin.com

8  Attorneys for Defendant
   SQUARE, INC.
9

10                  UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13

14  MISHARI ALEISA and NICOLE          Case No. 3:20-cv-00806-EMC
   BELLUOMINI, individually and on behalf
   of all others similarly situated,      CLASS ACTION
15
              Plaintiffs,                **DECLARATION OF LISA S. YUN IN
16                                        SUPPORT OF SQUARE'S MOTION
        v.                               TO STAY PENDING THE FCC'S
17                                        DEFINITION OF ATDS**
   SQUARE, INC., a Delaware corporation,
18                                        Date:  July 2, 2020
              Defendant.                  Time:  1:30 p.m.
19                                        Judge: Hon. Edward M. Chen
                                          Courtroom 5 – 17th Floor
20

21

22                     DECLARATION OF LISA S. YUN

23        I, Lisa S. Yun, declare as follows:

24        1.     I am an associate with the law firm of Sheppard, Mullin, Richter &

25  Hampton LLP, and counsel for Square, Inc. ("Square") in this action.  I make this

26  declaration in support of Square's Motion to Stay.  I have personal knowledge of the facts

27  stated in this declaration.

28

                                    -1-              Case No. 3:20-cv-00806-EMC

1          2.          Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the FCC's

2   Public Notice dated May 14, 2018.

3          3.          Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the Petition

4   for Declaratory Relief submitted to the FCC on May 3, 2018.

5          4.          Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of the FCC's

6   Public Notice dated October 3, 2018.

7          5.          Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of the *Ex*

8   *Parte* Letter submitted to the FCC on February 5, 2020.

9          6.          Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of the

10   "Dissenting Statement of Commissioner Ajit Pai" re the FCC's 2015 Order.

11          I declare under penalty of perjury under the laws of the United States of

12   America that the foregoing is true and correct.

13          Executed on this 11th day of May, 2020, at San Diego, California.

14

15                                        */s/Lisa S. Yun*
                                          LISA S. YUN
16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:20-cv-00806-EMC

SMRH:4817-3087-0203.1                     DECLARATION IN SUPPORT OF SQUARE'S MOTION
                                          TO STAY PENDING THE FCC'S DEFINITION OF ATDS