**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** May 21, 2020　　　　**Time:** 9:57-10:24= 27 Minutes　　　　**Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-00806-EMC　　**Case Name:** Aleisa v. Square, Inc.

**Attorney for Plaintiff:** Seyed Kazerounian
**Attorneys for Defendant:** Yana Hart, Shannon Petersen

**Deputy Clerk:** Angella Meuleman　　　　**Court Reporter:** Belle Ball

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference - held

**SUMMARY**

Plaintiff filed a Class Action Complaint asserting individual and representative claims that defendant violated the TCPA by sending unsolicited loyalty messages. Defendant denies plaintiff's claims.

ADR: Plaintiff is open to mediation. Defendant stated class settlement discussion premature. Defendant not inclined to settle on class-wide relief absent ruling on class certification.

Parties agreed threshold issue of jurisdiction and consent should be addressed first. Defendant currently has Motion to Dismiss for Lack of Jurisdiction and Motion to Stay to be heard on calendar for July 2, 2020. Court moves these motions to **August 20, 2020 at 1:30 PM.** Reply brief shall be due 8/6/2020. Parties will stipulate to briefing so long as reply is filed no later than 8/6/20. Parties to conduct discovery relevant to this first stage, including evidence regarding alleged consent.

Further Case Management Conference shall also be set on 8/20/2020 alongside motions hearing.

If case not resolved by next hearing, the Court will set further dates for second stage of litigation including ADR options.

CASE CONTINUED TO: **August 20, 2020, at 1:30 PM for Further Case Management Conference.** Parties shall file a joint CMC statement at least seven days prior to the next hearing.