# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SQUARE, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 3:20-cv-00806-EMC<br><br>**ORDER AS MODIFIED GRANTING THE STIPULATION TO CONTINUE THE HEARING FOR DEFENDANT'S PENDING MOTIONS AND TO MODIFY THE BRIEFING SCHEDULE** |

Based upon the Stipulation, this Court hereby orders the following:

1) The hearing on the pending motions is continued from August 20, 2020 to ~~September 25, 2020;~~ October 1, 2020 at 1:30 PM

2) The deadline for Plaintiffs to file their oppositions is continued to August 28, 2020;

3) The deadline for Defendant Square to file its replies is continued to September 11, 2020; and

4) Plaintiffs are allowed up to 35 pages for their opposition to Square's motion to dismiss for subject matter jurisdiction and Defendant Square is allowed up to 15 pages for its reply.

Further Case Management Conference reset for 10/1/2020 at 1:30 PM. Joint statement due 9/24/2020.

~~PROPOSED~~ ORDER

1 | IT IS SO ORDERED.
2 | Dated: 7/17/2020          _____
3 |                           **HON. EDWARD M. CHEN**
                              UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28