1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2 |   Including Professional Corporations
    SHANNON Z. PETERSEN, Cal. Bar No. 211426
3 | LISA S. YUN, Cal. Bar No. 280812
    SIEUN J. LEE, Cal. Bar No. 311358
4 | 12275 El Camino Real, Suite 200
    San Diego, California 92130-4092
5 | Telephone:    858.720.8900
    Facsimile:    858.509.3691
6 | E mail        spetersen@sheppardmullin.com
                  lyun@sheppardmullin.com
7                 slee@sheppardmullin.com

8 | Attorneys for Defendant
    SQUARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br>CLASS ACTION<br><br>**DECLARATION OF LISA S. YUN IN SUPPORT OF SQUARE'S MOTION TO STAY PENDING THE FCC'S DEFINITION OF ATDS AND THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID***<br><br>Date: October 1, 2020<br>Time: 1:30 p.m.<br><br>Judge: Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor |

<u>DECLARATION OF LISA S. YUN</u>

I, Lisa S. Yun, declare as follows:

1. I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP, and counsel for Square, Inc. ("Square") in this action.  I make this declaration in support of Square's Motion to Stay.  I have personal knowledge of the facts stated in this declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of the FCC's Public Notice dated May 14, 2018, which I personally accessed and printed from the FCC's website at www.fcc.gov.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Petition for Declaratory Relief submitted to the FCC on May 3, 2018, which I personally accessed and printed from the FCC's website at www.fcc.gov.

4. Attached hereto as **Exhibit C** is a true and correct copy of the FCC's Public Notice dated October 3, 2018, which I personally accessed and printed from the FCC's website at www.fcc.gov.

5. Attached hereto as **Exhibit D** is a true and correct copy of the *Ex Parte* Letter submitted to the FCC on February 5, 2020, which I personally accessed and printed from the FCC's website at www.fcc.gov.

6. Attached hereto as **Exhibit E** is a true and correct copy of the "Dissenting Statement of Commissioner Ajit Pai" re the FCC's 2015 Order, which I personally accessed and printed from the FCC's website at www.fcc.gov.

7. Attached hereto as **Exhibit F** is a print out from the Supreme Court's website of the online docket in *Facebook, Inc. v. Duguid*, No. 19-511, available at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/19-511.html.  I personally accessed and printed this from the Supreme Court's website.

8. Attached hereto as **Exhibit G** is a copy of the Petition for a Writ of Certiorari filed in *Facebook, Inc. v. Duguid*, No. 19-511.  I personally accessed and printed this from the Supreme Court's website.

1   I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3   Executed on this 7th day of August, 2020, at San Diego, California.

     */s/Lisa S. Yun*
     LISA S. YUN

SMRH:4834-9277-6390.1

-3-   Case No. 3:20-cv-00806-EMC
DECLARATION IN SUPPORT OF SQUARE'S MOTION TO STAY
PENDING DECISION BY THE FCC AND THE SUPREME COURT DEFINING ATDS