# EXHIBIT F

| | Search documents in this case: | Search |
|---|---|---|

### No. 19-511

| | |
|---|---|
| Title: | **Facebook, Inc., Petitioner**<br>v.<br>**Noah Duguid, et al.** |
| Docketed: | October 21, 2019 |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
|   Case Numbers: | (17-15320) |
|   Decision Date: | June 13, 2019 |
|   Rehearing Denied: | August 22, 2019 |
| **Questions Presented** | |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Oct 17 2019 | Petition for a writ of certiorari filed. (Response due November 20, 2019)<br><br>**Petition      Appendix      Certificate of Word Count      Proof of Service** |
| Nov 07 2019 | Blanket Consent filed by Petitioner, Facebook, Inc.<br><br>**Blanket Consent** |
| Nov 18 2019 | Waiver of right of respondent Noah Duguid to respond filed.<br><br>**Main Document** |
| Nov 20 2019 | Brief amicus curiae of Credit Union National Association, Inc. filed.<br><br>**Main Document      Certificate of Word Count      Proof of Service** |
| Nov 20 2019 | Brief of respondent United States filed.<br><br>**Main Document      Certificate of Word Count** |

| | |
|---|---|
| Nov 20 2019 | Brief amici curiae of Midland Credit Management, Inc. and Encore Capital Group, Inc. filed.<br><br>**Main Document**   **Certificate of Word Count**   **Proof of Service** |
| Nov 20 2019 | Brief amici curiae of Chamber of Commerce of the United States of America and Business Roundtable filed.<br><br>**Main Document**   **Certificate of Word Count**   **Proof of Service** |
| Nov 20 2019 | Brief amicus curiae of ACA International, Inc. filed.<br><br>**Main Document**   **Proof of Service**   **Certificate of Word Count** |
| Nov 20 2019 | Brief amicus curiae of Retail Litigation Center, Inc. filed.<br><br>**Main Document**   **Certificate of Word Count**   **Proof of Service** |
| Nov 25 2019 | Waiver of the 14-day waiting period under Rule 15.5 filed.<br><br>**Main Document** |
| Nov 26 2019 | DISTRIBUTED for Conference of 12/13/2019. |
| Dec 02 2019 | Reply of petitioner Facebook, Inc. filed. (Distributed)<br><br>**Main Document**   **Certificate of Word Count**   **Proof of Service** |
| Dec 04 2019 | Response Requested. (Due January 3, 2020) |
| Jan 03 2020 | Brief of respondent Noah Duguid in opposition filed.<br><br>**Main Document**   **Certificate of Word Count**   **Proof of Service** |
| Jan 06 2020 | Letter waiving the 14-day waiting period for the distribution of the petition pursuant to Rule 15.5 filed.<br><br>**Main Document** |
| Jan 08 2020 | DISTRIBUTED for Conference of 1/24/2020. |
| Jan 10 2020 | Reply of petitioner Facebook, Inc. filed. (Distributed) |

|  |  |
|---|---|
|  | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Jul 07 2020 | Supplemental brief of petitioner Facebook, Inc. filed. (Distributed) |
|  | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Jul 08 2020 | DISTRIBUTED for Conference of 7/8/2020. |
| Jul 08 2020 | Supplemental brief of respondent Noah Duguid filed. |
|  | **Main Document**    **Proof of Service**    **Certificate of Word Count** |
| Jul 09 2020 | Petition GRANTED limited to Question 2 presented by the petition. |
| Jul 24 2020 | Motion for an extension of time filed. |
|  | **Main Document** |
| Jul 24 2020 | Motion to extend the time to file the briefs on the merits granted. The time to file the joint appendix and petitioner's brief on the merits is extended to and including September 4, 2020. The time to file respondents' brief on the merits is extended to and including October 16, 2020. |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioner |  |  |
| Paul D. Clement<br>    Counsel of Record | Kirkland & Ellis LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>paul.clement@kirkland.com | 2023895000 |
| Party name: Facebook, Inc. |  |  |
| Attorneys for Respondents |  |  |
| Sergei Lemberg<br>    Counsel of Record | Lemberg Law, LLC<br>43 Danbury Road<br>Wilton, CT 06897<br><br>slemberg@lemberglaw.com | 203-653-2250 |

| | | |
|---|---|---|
| Party name: Noah Duguid | | |
| Jeffrey B. Wall<br>    Counsel of Record | Acting Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SupremeCtBriefs@USDOJ.gov | 202-514-2217 |
| Party name: United States | | |
| Other | | |
| Shay Dvoretzky<br>    Counsel of Record | Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br><br>sdvoretzky@jonesday.com | 2028793474 |
| Party name: Chamber of Commerce of the United States of America and Business Roundtable | | |
| Julian Richard Ellis Jr.<br>    Counsel of Record | Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202<br><br>jellis@bhfs.com | 303-223-1142 |
| Party name: Credit Union National Association, Inc. | | |
| Joseph Russell Palmore<br>    Counsel of Record | Morrison & Foerster LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br><br>jpalmore@mofo.com | 202-887-6940 |
| Party name: Retail Litigation Center, Inc. | | |
| Zachary Charles Schauf<br>    Counsel of Record | Jenner & Block, LLP<br>1099 New York Ave., NW<br>Washington, DC 20001<br><br>ZSchauf@jenner.com | 202-637-6379 |
| Party name: Midland Credit Management, Inc. and Encore Capital Group, Inc. | | |

| Steven Gregory White<br>Counsel of Record | Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br><br>gwhite@grayreed.com | 214-954-4135 |
|---|---|---|
| Party name: ACA International, Inc. | | |