UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING SQUARE, INC.'S MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID* AND/OR THE FCC'S DEFINITION OF ATDS**<br><br>Date:     October 1, 2020<br>Time:    1:30 p.m.<br>Judge:   Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Trial Date: None set<br>Complaint Filed: 2/03/2020 |

Upon considering the papers submitted, the arguments of counsel, and good cause appearing, Defendant Square, Inc.'s Motion to Stay Pending the Supreme Court's Decision in *Facebook, Inc. v. Duguid* and/or the FCC's Definition of ATDS is GRANTED.

This matter is hereby stayed pending the Supreme Court's decision in *Facebook Inc. v. Duguid*, No. 19-511 and/or the Federal Communications Commission's anticipated ruling on the definition of "Automatic Telephone Dialing System" ("ATDS")

under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

   IT IS SO ORDERED.

Dated: _____

                HON. EDWARD M. CHEN
                UNITED STATES DISTRICT COURT JUDGE