1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   SHANNON Z. PETERSEN, Cal. Bar No. 211426
3  LISA S. YUN, Cal. Bar No. 280812
   SIEUN J. LEE, Cal. Bar No. 311358
4  12275 El Camino Real, Suite 200
   San Diego, California 92130-4092
5  Telephone:    858.720.8900
   Facsimile:    858.509.3691
6  E mail        spetersen@sheppardmullin.com
                 lyun@sheppardmullin.com
7                slee@sheppardmullin.com

8  Attorneys for Defendant
   SQUARE, INC.
9

10                   UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf 14  of all others similarly situated,<br><br>15           Plaintiffs,<br><br>16      v.<br><br>17  SQUARE, INC., a Delaware corporation,<br><br>18           Defendant. | Case No. 3:20-cv-00806-EMC<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE**<br><br>Date: October 1, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Trial Date: None set |

1 | *Mishari Aleisa v. Square, Inc.*
United States District Court, Northern District of California
2 | Case No. 3:20-cv-00806-EMC

3 | PROOF OF SERVICE

4 | STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

7 | On August 7, 2020, I served true copies of the following document(s) described as

8 | **SQUARE, INC.'S NOTICE OF MOTION AND MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID* AND/OR THE FCC'S DEFINITION OF ATDS AND; MEMORANDUM OF POINT AND AUTHORITIES**

**DECLARATION OF LISA S. YUN IN SUPPORT OF SQUARE'S MOTION TO STAY PENDING THE FCC'S DEFINITION OF ATDS AND THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID***

**[PROPOSED] ORDER GRANTING SQUARE, INC.'S MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID* AND/OR THE FCC'S DEFINITION OF ATDS**

on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>Kazerouni Law Group, APC<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA  92626<br>Tel 800.400.6808; Fax 800.520.5523<br>ak@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Yana A. Hart, Esq.<br>Kazerouni Law Group, APC<br>2221 Camino Del Rio, Suite 101<br>San Diego, CA  92108<br>Tel 619.233.7770; Fax 619.297.1022<br>vana@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Jason A. Ibey, Esq.<br>Kazerouni Law Group, APC<br>321 N Mall Drive, Suite R108<br>St. George, Utah  84790<br>Tel 800.400.6808; Fax 800.520.5523<br>jason@kazlg.com | Counsel for Plaintiffs & the Putative Class |

| | |
|---|---|
| Tiffany Cheung, Esq.<br>Michael Burshteyn, Esq.<br>Cheyenne Overall, Esq.<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco, CA  94105-2482<br>Tel 415.268.7000; Fax 415.268.7522<br>TCheung@mofo.com; MBurshteyn@mofo.com;<br>COverall@mofo.com | Counsel for Defendant<br>Square, Inc. |
| Nancy R. Thomas, Esq.<br>Morrison & Foerster LLP<br>707 Wilshire Blvd.<br>Los Angeles, CA  90017-3543<br>Tel 213.892.5200; Fax 213.892.5454<br>NThomas@mofo.com | Counsel for Defendant<br>Square, Inc. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 7, 2020, at San Diego, California.

_____
Phyllis Chavez