SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
LISA S. YUN, Cal. Bar No. 280812
SIEUN J. LEE, Cal. Bar No. 311358
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:  858.509.3691
E mail        spetersen@sheppardmullin.com
              lyun@sheppardmullin.com
              slee@sheppardmullin.com

Attorneys for Defendant
SQUARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br>CLASS ACTION<br><br>**STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER**<br><br>Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor |

1    Plaintiffs Mishari Aleisa and Nicole Belluomini (collectively, "Plaintiffs")
2 and Defendant Square, Inc. ("Square") stipulate to allow Square leave to file an
3 Amended Answer to the Complaint.
4    In response to the Complaint, Square has filed a motion to dismiss Plaintiff
5 Belluomini's claims (Dkt. 33) and an Answer to Plaintiff Aleisa's claims (Dkt. 32).
6 Square has also filed motions to stay this action.  (Dkt. 25 and Dkt. 42.)  The Court
7 has not yet ruled on the motion to dismiss or the motions to stay, and as of the date
8 of this stipulation, briefing on those motions is not yet complete.
9    As for the Answer, Plaintiffs indicated that they wish to file a motion to
10 dismiss or strike, or for judgment on the pleadings, on the grounds that the Answer
11 is deficient in part because it fails to allege facts sufficient to support the affirmative
12 defenses or asserts improper defenses.  The parties have met and conferred and
13 Square has agreed to file an Amended Answer in the form attached as Exhibit A.
14 Plaintiffs reserve any right to challenge the Amended Answer.
15    The parties stipulate to allow the filing of the Amended Answer and request
16 that the Court enter the proposed order allowing the filing of the Amended Answer.
17    **IT IS SO STIPULATED**.

Dated: August 25, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/Lisa S. Yun*
SHANNON Z. PETERSEN
LISA S. YUN
SIEUN J. LEE

Attorneys for Defendant
SQUARE, INC.

1  Dated: August 25, 2020

                            KAZEROUNI LAW GROUP, APC

                    By      */s/Yana Hart*
                            _____
                            SEYED ABBAS KAZEROUNIAN
                            YANA HART

                            Attorneys for Plaintiffs
                            MISHARI ALEISA and NICOLE
                            BELLUOMINI

## **SIGNATURE AUTHORIZATION**

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document is acceptable to the counsel signing above and that I have obtained counsel's authorization to affix her electronic signature to this document.

Dated: August 25, 2020

                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By      */s/Lisa S. Yun*
                            _____
                            SHANNON Z. PETERSEN
                            LISA S. YUN
                            SIEUN J. LEE

                            Attorneys for Defendant
                            SQUARE, INC.