UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER**<br><br>Judge:   Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Trial Date: None set<br>Complaint Filed: 2/03/2020 |
|---|---|

Upon considering the Stipulation for Leave to File an Amended Answer ("Stipulation") filed by Plaintiffs Mishari Aleisa and Nicole Belluomini and Defendant Square, Inc. ("Square"), and good cause appearing, the Stipulation is GRANTED. Square is granted leave to file an Amended Answer in the form attached as Exhibit A to the Stipulation.

IT IS SO ORDERED.

Dated: _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

-1-   Case No. 3:20-cv-00806-EMC

SMRH:4810-8673-4793.1

[PROPOSED] ORDER GRANTING STIPULATION
FOR LEAVE TO FILE AN AMENDED ANSWER