SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
LISA S. YUN, Cal. Bar No. 280812
SIEUN J. LEE, Cal. Bar No. 311358
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:   858.509.3691
E mail        spetersen@sheppardmullin.com
               lyun@sheppardmullin.com
               slee@sheppardmullin.com

Attorneys for Defendant
SQUARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 3:20-cv-00806-EMC<br><br><u>CLASS ACTION</u><br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Trial Date: None set |

SMRH:4848-5060-2422.1

Case No. 3:20-cv-00806-EMC
PROOF OF SERVICE

*Mishari Aleisa v. Square, Inc.*
United States District Court, Northern District of California
Case No. 3:20-cv-00806-EMC

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On August 25, 2020, I served true copies of the following document(s) described as

**STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER**

**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER**

on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>Kazerouni Law Group, APC<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA  92626<br>Tel 800.400.6808; Fax 800.520.5523<br>ak@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Yana A. Hart, Esq.<br>Kazerouni Law Group, APC<br>2221 Camino Del Rio, Suite 101<br>San Diego, CA  92108<br>Tel 619.233.7770; Fax 619.297.1022<br>yana@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Jason A. Ibey, Esq.<br>Kazerouni Law Group, APC<br>321 N Mall Drive, Suite R108<br>St. George, Utah  84790<br>Tel 800.400.6808; Fax 800.520.5523<br>jason@kazlg.com | Counsel for Plaintiffs & the Putative Class |
| Tiffany Cheung, Esq.<br>Michael Burshteyn, Esq.<br>Cheyenne Overall, Esq.<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco, CA  94105-2482<br>Tel 415.268.7000; Fax 415.268.7522<br>TCheung@mofo.com; MBurshteyn@mofo.com;<br>COverall@mofo.com | Counsel for Defendant Square, Inc. |

| | | |
|---|---|---|
| 1 | Nancy R. Thomas, Esq.<br>Morrison & Foerster LLP | Counsel for Defendant<br>Square, Inc. |
| 2 | 707 Wilshire Blvd.<br>Los Angeles, CA  90017-3543 | |
| 3 | Tel 213.892.5200; Fax 213.892.5454<br>NThomas@mofo.com | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2020, at San Diego, California.

_/s/ Phyllis Chavez_

Phyllis Chavez

1  Email addresses:  yana@kazlg.com; ak@kazlg.com; antonia@kazlg.com;
   brian@kazlg.com; jason@kazlg.com; emilyt@kazlg.com; TCheung@mofo.com;
2  MBurshteyn@mofo.com; COverall@mofo.com; NThomas@mofo.com

3

4        **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the
   document(s) to be sent from e-mail address pchavez@sheppardmullin.com to the persons
5  at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable
   time after the transmission, any electronic message or other indication that the
6  transmission was unsuccessful.

7        **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed
   to the persons at the addresses listed in the Service List and placed the envelope for
8  collection and mailing, following our ordinary business practices.  I am readily familiar
   with the firm's practice for collecting and processing correspondence for mailing.  On the
9  same day that correspondence is placed for collection and mailing, it is deposited in the
   ordinary course of business with the United States Postal Service, in a sealed envelope
10 with postage fully prepaid.  I am a resident or employed in the county where the mailing
   occurred.
11
         **BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or
12 package provided by the overnight service carrier and addressed to the persons at the
   addresses listed in the Service List.  I placed the envelope or package for collection and
13 overnight delivery at an office or a regularly utilized drop box of the overnight service
   carrier or delivered such document(s) to a courier or driver authorized by the overnight
14 service carrier to receive documents.

15       **BY HAND DELIVERY:**  I caused such envelope(s) to be delivered by hand to the
   office of the addressee(s).
16

17

18

19

20

21

22

23

24

25

26

27

28