# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: **3:20-cv-00806-EMC**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STAY PENDING SUPREME COURT'S DECISION IN FACEBOOK, INC. v. DUGUID AND/OR THE FCC'S DEFINITION OF ATDS** |

THIS COURT, having considered Defendant's Motion to Stay Pending the Supreme Court's Decision in *Facebook, Inc. v. Duguid* and/or the FCC's Definition of ATDS, Plaintiffs' opposition to Defendant's Motion, any reply thereto and the Parties' oral arguments, this Court hereby orders that Defendant's Motion to Stay is denied.

IT IS SO ORDERED.

Dated: _____     By: _____

EDWARD M. CHEN
United States District Judge

**PROPOSED ORDER**