**KAZEROUNI LAW GROUP, APC**
Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Fax: (619) 297-1022

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFFS TO FILE MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES IN THE AMENDED ANSWER**<br><br>Current Deadline: September 16, 2020<br>Proposed Deadline: September 30, 2020<br><br>Hon. Edward M. Chen<br>Courtroom 5 – 17th Floor |

Plaintiffs Mishari Aleisa and Nicole Belluomini (collectively, "Plaintiffs") and Defendant Square, Inc. ("Square") stipulate and jointly move the Court to continue the deadline for Plaintiffs to file a Motion to Strike Square's Answer, including Affirmative Defenses, to September 30, 2020 to allow the parties to conduct further meet and confer efforts.

After Square filed an Answer to Plaintiff's Aleisa's complaint (dkt. 32), the parties met and conferred regarding certain affirmative defenses Square alleged. As a result, Square filed an Amended Answer to the Complaint. (dkt. 47)

Thereafter, the parties have attempted to conduct another meet and confer regarding the Amended Answer and had a call regarding Plaintiffs' intended motion to strike the Amended Answer. The parties have been making progress, but were primarily focused on finalizing the briefing, including Square's replies to its motion to dismiss and motion to stay.  (dkt. 25, 42). The parties believe that further meet and confer efforts are warranted.

The parties agreed to continue their discussions in effort to reach a compromise and possibly resolve the need for Plaintiffs' filing of the intended motion to strike. Since Plaintiffs' deadline to file the motion is this Wednesday, September 16, 2020, the parties will have little time to confer this week regarding the motion, and thus, ask the Court's continuance of Plaintiffs' deadline to September 30, 2020.

The parties believe that continuing the deadline to file a motion to strike will not interfere with the parties' current deadlines, and will possibly minimize the judicial resources in the event the parties are able to resolve their differences without the need to file a motion.

**IT IS SO STIPULATED**.

Dated: September 14, 2020

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By      *s/Shannon Z. Petersen*
                            SHANNON Z. PETERSEN
                            LISA S. YUN
                            SIEUN J. LEE

                            Attorneys for Defendant
                            SQUARE, INC.

Dated: September 14, 2020

                  KAZEROUNI LAW GROUP, APC

                    By      *s/Yana Hart*
                            SEYED ABBAS KAZEROUNIAN
                            YANA HART

                            Attorneys for Plaintiffs
                            MISHARI ALEISA and NICOLE BELLUOMINI

## **SIGNATURE AUTHORIZATION**

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document is acceptable to the counsel signing above and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

1  Dated: September 14, 2020

2                                        KAZEROUNI LAW GROUP, APC

4                         By      *s/Yana Hart*
                                  ―――――――――――――――
5                                 SEYED ABBAS KAZEROUNIAN
                                  YANA HART
6

7                                 Attorneys for Plaintiffs
                                  MISHARI ALEISA and NICOLE
8                                 BELLUOMINI