# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:20-cv-00806-EMC<br><br>[PROPOSED] ORDER GRANTING THE STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFFS TO FILE MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES IN THE AMENDED ANSWER |

Based upon the Stipulation, this Court hereby orders that the deadline for Plaintiffs to file the motion to strike Defendant's affirmative defenses in the Amended Answer is continued from to September 16, 2020 to September 30, 2020.

IT IS SO ORDERED.

Dated: 9/14/2020          _____
**HON. EDWARD M. CHEN**
UNITED STATES DISTRICT JUDGE

P̶R̶O̶P̶O̶S̶E̶D̶ ORDER