1  Yana A. Hart, Esq. (SBN: 306499)
   yana@kazlg.com
2  **Kazerouni Law Group, APC**
   2221 Camino Del Rio South, Suite 101
3  San Diego, CA 92108
   Telephone: (619) 233-7770
4  Facsimile: (619) 297-1022

5
   *Attorneys for Plaintiffs and the*
6  *Putative Class*

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  | MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated, | Case No: 3:20-cv-00806-EMC |
    | --- | --- |
12  | | |
13  | | CLASS ACTION |
14  | | |
    |                    Plaintiffs, | **AMENDED JOINT CASE MANAGEMENT STATEMENT** |
15  | v. | |
16  | | |
17  | SQUARE, INC., a Delaware Corporation, | **HON. EDWARD M. CHEN** |
18  | | |
    |                    Defendant. | Cont. Case Management Conference |
19  | | Date:           October 1, 2020 |
    | | Time:           1:30 PM |
20  | | Location:       450 Golden Gate Avenue |
    | | San Francisco, CA 94102 |
21  | | Courtroom 05, 17th Floor |
22  | | |
    | | Action Filed: 2/3/2020 |
23

24       MISHARI ALEISA and NICOLE BELLUOMINI ("Plaintiffs"), and

25  Defendant, SQUARE, INC. ("Defendant") (collectively the "Parties") have met and

26  conferred and submit this Amended Joint Case Management Statement pursuant to

27

28  _____
    **JOINT CASE MANAGEMENT STATEMENT**        **- 1 of 5 -**

6-EMC

**KAZEROUNI LAW GROUP, APC**
San Diego, California

1    Civil Local Rule 16-9 and the Court's Order entered on July 17, 2020 [Doc. 36].

2        The Parties reference and incorporate their original Joint Case Management

3    Statement filed on May 14, 2020 [Doc. 26].  At the Case Management Conference

4    held on May 21, 2020, and as noted in the Civil Minutes, pending Defendant's motion

5    to dismiss for lack of subject matter jurisdiction and motion to stay this action, the

6    Court limited discovery to the issues of individual consent and jurisdiction.  [Doc.

7    29].  The Parties have exchanged and responded to written discovery, and continue

8    to meet and confer about ongoing discovery disputes.  Plaintiffs have also deposed

9    Defendant's person most qualified for the purpose of opposing the motion to dismiss

10   for lack of subject matter jurisdiction. Notably Plaintiffs contend that when discovery

11   is opened in this case on non-jurisdictional topics, they will need more thorough

12   deposition of Defendant's person most qualified on additional issues, including the

13   topics that the presented Defendant's Rule 30(b)(6) could not testify.

14       The Parties have fully briefed Defendant's pending motion to dismiss for lack

15   of subject matter jurisdiction [Doc. 33] and motion to stay pending the Supreme

16   Court's decision on the meaning of Automatic Telephone Dialing System ("ATDS")

17   under the TCPA [Doc. 42].  These motions are set for hearing on October 1, 2020,

18   the same day as the Case Management Conference.

19       <u>Plaintiffs' Position On Discovery And Deadlines</u>

20       Plaintiffs request that the Court allow discovery in this putative class action,

21   which seeks damages and injunctive relief, to proceed and that the Court set pre-trial

22   deadlines at the Case Management Conference.  As set forth in their Opposition to

23   Square's Motion to Stay, there is no hardship or inequity to Square if required to go

24   forward with the case because irrespective of how the Supreme Court rules in

25   *Facebook*, the parties here will still need to conduct discovery, including expert

26   discovery and inspections, and brief the issue of whether the equipment utilized by

27   Square to send thousands and thousands of unsolicited loyalty text messages is an

28

KAZEROUNI LAW GROUP, APC
San Diego, California

JOINT CASE MANAGEMENT STATEMENT        **- 2 of 5 -**
SMRH:4841-3267-6300.5

**6-EMC**

ATDS.

<u>Defendant's Position On Discovery And Deadlines</u>

Defendant requests that the Court not allow additional discovery and not set any pre-trial deadlines until the Court first decides the pending motions to dismiss and stay.  A brief stay of discovery pending the Court's rulings on these pending motions would conserve the resources of the parties and the Court and is otherwise warranted for all the reasons set forth in the motion to stay.

In the event that the Court decides to set deadlines now, the Parties previously jointly proposed certain dates and deadlines in the original Joint Case Management Statement filed in May of 2020 [Doc. 26], and believe those proposed deadlines should be extended by approximately two to three months, given that the Case Management Conference will now take place more than three months after it was originally set, and that various deadline should be set after a ruling on a motion for class certification, as follows:

| Matter | Requested Date |
| --- | --- |
| Deadline to Amend Pleadings | 10/30/2020 |
| Class Expert Disclosures and Reports For Affirmative Experts | 5/25/2021 |
| Class Expert Disclosures and Reports For Affirmative Experts | 7/1/2021 |
| Class Expert Disclosures and Reports For Affirmative Experts | 7/15/2021 |
| Deadline to file Plaintiffs' Motion for Class Certification | 7/28/2021 |
| Deadline to file Defendant's | 9/3/2021 |

KAZEROUNI LAW GROUP, APC
San Diego, California

| | |
|---|---|
| Opposition to Class Certification Motion | |
| Deadline to file Plaintiffs' Reply to Motion for Class Certification | 9/24/2021 |
| Fact Discovery Cut-off | TBD after ruling on class certification |
| Merits Expert Disclosures and Reports for Affirmative Experts | TBD after ruling on class certification |
| Merits Expert Disclosures and Reports for Rebuttal Experts | TBD after ruling on class certification |
| Merits Expert Discovery Cut-Off | TBD after ruling on class certification |
| Deadline to File Dispositive Motions/*Daubert* Motions | TBD after ruling on class certification |
| Deadline to File Oppositions to Dispositive Motions/*Daubert* Motions | TBD after ruling on class certification |
| Deadline to File Replies ISO Dispositive Motions/*Daubert* Motions | TBD after ruling on class certification |
| Hearing on Dispositive Motions/*Daubert* Motions | TBD after ruling on class certification |
| Pretrial Conference | TBD after ruling on class certification |
| Trial | TBD after ruling on class certification |

Should Plaintiffs file the motion for class certification sooner, the briefing dates shall be adjusted accordingly based on the new dates.

SMRH:4841-3267-6300.5

6-EMC

KAZEROUNI LAW GROUP, APC
San Diego, California

1

**KAZEROUNI LAW GROUP, APC**

2  Date: September 24, 2020

By:  s/ Yana A. Hart

3
Yana A. Hart, Esq.
*Attorneys for Plaintiff*

4

5  **SHEPPARD MULLIN RICHTER AND HAMPTON**

6

7  Date: September 24, 2020

By:  s/ Shannon Z. Petersen

8
Shannon Z. Petersen, Esq.
*Attorneys for Defendant*

9

10

11  **Signature Certification**

12

13      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

14  Policies and Procedures Manual, I hereby certify that the content of this document is

15  acceptable to Shannon Z. Petersen, counsel for Defendant and that I have obtained

16  his authorization to affix his electronic signature to this document.

17  **KAZEROUNI LAW GROUP, APC**

18

19  Date: September 24, 2020

By:  s/ Yana A. Hart

20
Yana A. Hart, Esq.
*Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

**JOINT CASE MANAGEMENT STATEMENT**      **- 5 of 5 -**
-5-

6-EMC