# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 1, 2020     **Time:** 2:01-2:38 = 37 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-00806-EMC     **Case Name:** Aleisa, et al v. Square, Inc.

**Attorneys for Plaintiff:** Abbas Kazerounian, Yana Hart
**Attorney for Defendant:** Shannon Peterson

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Belle Ball

### PROCEEDINGS HELD BY ZOOM WEBINAR

[23] MOTION to Dismiss for Lack of Jurisdiction - held;
[25] MOTION to Stay - held;
[33] Amended Motion to Dismiss for Lack of Jurisdiction – held;
[42] MOTION to Stay Pending Supreme Court Decision in Facebook v Duguid and/or FCC's Definition of ATDS; - held;
Further Case Management Conference – held.

### SUMMARY

Parties stated appearances and proffered argument.

The Court denied the amended motion to dismiss for reasons stated on the record. The Court granted the motion to stay pending the Supreme Court's decision in *Facebook Inc. v. Duguid* for reasons stated on the record. *See* No. 19-511 (U.S. filed Oct. 17, 2019). The Court asked the parties to come up with a way to preserve third-party material information while the case is stayed.

A written order memorializing these rulings is forthcoming.

Further Case Management Conference:

ADR: Given the status of the stay in this case, parties do not think ADR would be beneficial at this time.

Further Case Management Conference set for **April 1, 2021 at 10:30 a.m.**