Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00806-EMC<br><br>**JOINT STATUS REPORT RE: EVIDENCE PRESERVATION** |

In the October 9, 2020 Order (Dkt. No. 67), the Court directed that the parties to "meet, confer, and notify the Court on the best way to preserve relevant evidence in the hands of Square's third-party vendors." Dkt. No. 67, 13:17-19. Pursuant to the Order, plaintiffs Mishari Aleisa and Nicole Belluomini (the "Plaintiffs") and defendant ("Square," jointly the "Parties"), submit this status report to inform the Court of efforts to preserve potentially relevant evidence held by third parties while the action is stayed.

Specifically, Plaintiffs initially had several discussions regarding parties' steps to preserve evidence with Defendant, Square. Thereafter, Plaintiffs served an

evidence preservation letter on Twilio, Inc. and Bandwidth (the two text message vendors of Square) on or about October 15, 2020, and subsequently served an evidence preservation (document) subpoena on both vendors. Counsel for the Parties have exchanged a number of emails and spoken telephonically with the text message vendors several times over the past months to identify the scope of preservation needed. To facilitate preservation, Plaintiffs also obtained various telephone numbers used by Defendant Square and shared them with the vendors to ensure that the ESI data pertaining to the use of those numbers is promptly preserved. Based on said communications, the Parties reasonably believe the vendors have taken appropriate steps to preserve potentially relevant evidence in this putative class action.

Should any issue arise during the coming months relating to preservation of evidence held by third parties, the Parties will so inform the Court, if needed.

Date: November 18, 2020

**KAZEROUNI LAW GROUP, APC**

By: *s/ Jason A. Ibey*
Jason A. Ibey, Esq.
*Attorneys for Plaintiff*

Date: November 18, 2020

**SHEPPARD MULLIN RICHTER AND HAMPTON**

By: *s/ Shannon Z. Petersen*
Shannon Z. Petersen, Esq.
*Attorneys for Defendant*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Shannon Z. Petersen, counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Date: November 18, 2020

**KAZEROUNI LAW GROUP, APC**

By: _s/ Jason A. Ibey_
      Jason A. Ibey, Esq.
      *Attorneys for Plaintiff*