Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**Kazerouni Law Group, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs and the*
*Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware Corporation,<br><br>Defendant. | Case No: 3:20-cv-00806-EMC<br><br><u>CLASS ACTION</u><br><br>**SECOND AMENDED JOINT CASE MANAGEMENT STATEMENT**<br><br>**HON. EDWARD M. CHEN**<br><br><u>Cont. Case Management Conference</u><br>Date:     April 1, 2021<br>Time:     10:30 AM<br>Location:  450 Golden Gate Avenue<br>           San Francisco, CA 94102<br>           Courtroom 05, 17th Floor<br><br>Action Filed: 2/3/2020 |

MISHARI ALEISA and NICOLE BELLUOMINI ("Plaintiffs"), and Defendant, SQUARE, INC. ("Defendant") (collectively the "Parties") have met and conferred and submit this Second Amended Joint Case Management Statement pursuant to Civil Local Rule 16-9 and the Court's Minute Order entered on October

**KAZEROUNI LAW GROUP, APC**
San Diego, California

1, 2020 [Doc. 66].

The Parties reference and incorporate their original Joint Case Management Statement filed on May 14, 2020 [Doc. 26] and Amended Joint Case Management Statement filed on September 24, 2020 [Doc. 66].   At the Case Management Conference held on October 1, 2020, and as noted in the Civil Minutes, the Court denied the Defendant's motion to dismiss for lack of subject matter jurisdiction and granted the motion to stay this action pending the Supreme Court's decision in *Facebook Inc. v. Duguid*, No. 19-511 (U.S. filed Oct. 17, 2019).  [Doc. 66].

As of March 25, 2021, the Supreme Court has not yet issued a decision in *Facebook Inc. v. Duguid*.  However, the Supreme Court is expected to rule by June 2021.   The Parties agree to meet and confer and submit another Joint Case Management Statement within 14 days of the Supreme Court's decision in *Facebook Inc. v. Duguid*.

KAZEROUNI LAW GROUP, APC

Date: March 22, 2021          By:  s/ Yana A. Hart
                                           Yana A. Hart, Esq.
                                           *Attorneys for Plaintiff*

SHEPPARD MULLIN RICHTER AND HAMPTON

Date: March 22, 2021          By:  s/ Shannon Z. Petersen
                                           Shannon Z. Petersen, Esq.
                                           *Attorneys for Defendant*

KAZEROUNI LAW GROUP, APC
San Diego, California

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Shannon Z. Petersen, counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

KAZEROUNI LAW GROUP, APC

Date: March 22, 2021                    By:  s/ Yana A. Hart

Yana A. Hart, Esq.
*Attorneys for Plaintiffs*