1 | Yana A. Hart, Esq. (SBN: 306499)
  | yhart@clarksonlawfirm.com
2 | **CLARKSON LAW FIRM PC**
3 | 9255 Sunset Blvd, Suite 804
  | Los Angeles, CA 90069
4 | Telephone: (213) 788-4050

5 | *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Mishari Aleisa, and Nicole Belluomini, Individually and on behalf of others similarly situated, | Case No. 3:20-cv-00806-EMC |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL FOR ATTORNEY YANA A. HART FOR PLAINTIFFS MISHARI ALEISA AND NICOLE BELLUOMINI** |
| v. | |
| Square, Inc., | |
| Defendant. | |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, the following attorney respectfully requests that Ms. Hart be withdrawn as counsel of record for Plaintiffs Mishari Aleisa and Nicole Belluomini. Plaintiffs will continue to be represented by counsel Abbas Kazerounian and Jason A. Ibey from Kazerouni Law Group, APC, who have entered appearances in this action. The withdrawal of Ms. Hart will cause no prejudice to any party or delay in the case schedule.

It is further requested that Ms. Hart's name be removed from the case docket, that the Clerk terminate the delivery of all Notice of Electronic Filing address to yhart@clarksonlawfirm.com and that Ms. Hart's name be removed from any applicable service list. Counsel of record for Plaintiffs otherwise remains the same.

**CLARKSON LAW FIRM PC**

Date: April 13, 2021

By: *s/ Yana A. Hart*
    Yana A. Hart, Esq.