# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mishari Aleisa, and Nicole Belluomini, Individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Square, Inc.,<br><br>　　　　　　Defendant. | Case No. 3:20-CV-00806-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR ATTORNEY YANA A. HART FOR PLAINTIFFS MISHARI ALEISA AND NICOLE BELLUOMINI** |

Based on the Motion to Withdraw as Counsel of attorney Yana A. Hart for Plaintiffs, and good cause shown, the Court **grants** the motion.

The Clerk is instructed to remove Yana A. Hart from the case docket and to terminate the delivery of all Notices of Electronic Filing addressed to her for this matter.

Date:_____

                                            Hon. Edward M. Chen
                                            United States District Judge

ORDER                                                                                                                                               CASE NO. 3:20-CV-00806-EMC