1  Jason A. Ibey, Esq. (SBN: 284607)
2  jason@kazlg.com
   **KAZEROUNI LAW GROUP, APC**
3  321 N Mall Drive, Sutie R108
4  St. George, Utah 84790
   Telephone: (800) 400-6808
5  Facsimile: (800) 520-5523

6  *Attorneys for Plaintiffs*

7

8

9

10                         UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13 | MISHARI ALEISA and NICOLE         | Case No. 3:20-cv-00806-EMC
   | BELLUOMINI, individually and on   |
14 | behalf of all others similarly situated, | <u>CLASS ACTION</u>
15 |            Plaintiffs,            | **STIPULATION TO DISMISS**
   |                                   | **ACTION PURSUANT TO FED. R.**
16 |            v.                     | **CIV. P. 41(A)(1)(A)(II)**
17 | SQUARE, INC., a Delaware          |
   | corporation,                      |
18 |                                   | Hon. Edward M. Chen
   |            Defendant.             | Courtroom 5 – 17th Floor
19

20

21

22

23

24

25

26

27

28

1  Plaintiffs Mishari Aleisa and Nicole Belluomini (collectively, "Plaintiffs") and Defendant Square, Inc. ("Square") stipulate and jointly move for dismissal of the above-captioned action in its entirety, with prejudice as to the claims of the named Plaintiffs and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their/its own fees and costs.

**IT IS SO STIPULATED**.

Dated: June 15, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA S. YUN
SIEUN J. LEE

Attorneys for Defendant
SQUARE, INC.

Dated: June 15, 2021

KAZEROUNI LAW GROUP, APC

By  */s/ Jason A. Ibey*
JASON A. IBEY

Attorneys for Plaintiffs
MISHARI ALEISA and NICOLE BELLUOMINI

## **SIGNATURE AUTHORIZATION**

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document is acceptable to the counsel signing above and that I have obtained counsel's authorization to affix his electronic signature to this document.

Dated: June 15, 2021　　　　　　　　　/s/ Jason A. Ibey
　　　　　　　　　　　　　　　　　　　　　JASON A. IBEY

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　MISHARI ALEISA and NICOLE BELLUOMINI