1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

9

10  MISHARI ALEISA and NICOLE
    BELLUOMINI, individually and on
11  behalf of all others similarly situated,

12              Plaintiffs,

13      v.

14  SQUARE, INC., a Delaware
    corporation,
15
                Defendant.
16

17

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 3:20-cv-00806-EMC**

[PROPOSED] **ORDER GRANTING
STIPULATION TO DISMISS
ACTION PURSUANT TO FED. R.
CIV. P. 41(A)(1)(A)(II)**

18

19      Based upon the Stipulation To Dismiss pursuant to Fed. R. Civ. P.

20  41(a)(1)(A)(ii), this Court hereby orders this action dismissed in its entirety, with

21  prejudice as to the claims of the named Plaintiffs and without prejudice as to the

22  claims of the putative class members.  The parties shall bear their/its own fees and

23  costs.

24      IT IS SO ORDERED.

25

26  Dated: _____, 2021          _____

27                                  **HON. EDWARD M. CHEN**
                                    UNITED STATES DISTRICT JUDGE
28