# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHARI ALEISA and NICOLE BELLUOMINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:20-cv-00806-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

Based upon the Stipulation To Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court hereby orders this action dismissed in its entirety, with prejudice as to the claims of the named Plaintiffs and without prejudice as to the claims of the putative class members.  The parties shall bear their/its own fees and costs.

IT IS SO ORDERED.

Dated:  __June 15__, 2021                    _____
                                                                 **HON. EDWARD M. CHEN**
                                                                 UNITED STATES DISTRICT JUDGE